## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| TIM TRIBBLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADIDAS AMERICA, INC,<br><br>Defendant. | Case No.: 2:23-cv-2060-CSB-EIL |

### MOTION OF FRANCIS R. GREENE TO WITHDRAW
### AS COUNSEL FOR PLAINTIFF

The undersigned, Francis R. Greene, respectfully moves the Court for an order allowing him to withdraw from representing Plaintiff, Tim Tribble, in this matter. Mr. Greene is unable to continue to represent Mr. Tribble in this matter. Mr. Tribble will continue to be represented by lead counsel, Spencer Sheehan. Neither Mr. Tribble, nor the Court, nor the defendant will be prejudiced by allowing Mr. Greene to withdraw from this matter at this early stage of the proceedings.

Respectfully submitted,

*s/ Francis R. Greene*
GREENE CONSUMER LAW
1954 First St. #154
Highland Park, IL 60035
Tel: 312-847-6979
Fax: 312-847-6978
E-Mail: francis@greeneconsumerlaw.com